STATE of Missouri, Respondent,

v.

Rickey LATHAN, Appellant.

Rickey LATHAN, Movant/Appellant,

v.

STATE of Missouri, Respondent.

Nos. 63577, 65136.

Missouri Court of Appeals,
Eastern District,
Division Four.

Oct. 25, 1994.

Motion for Rehearing and/or Transfer to
Supreme Court Denied Nov. 30, 1994.

Application to Transfer Denied
Jan. 24, 1995.

Gary E. Brotherton, Office of the State
Public Defender, Columbia, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Mary
Moulton Bryan, Asst. Atty. Gen., Jefferson
City, for respondent.

Before AHRENS, P.J., and SIMON and
KAROHL, JJ.

*ORDER*

PER CURIAM.

In this jury-tried case, defendant was con-
victed of distributing a controlled substance
within one thousand feet of an elementary
school in violation of § 195.214 RSMo (Supp.
1991) and appeals the judgment and sentence
of the trial court. Defendant also appeals
from the denial of his Rule 29.15 motion for
postconviction relief without an evidentiary
hearing. Defendant was sentenced as a
Class X offender pursuant to §§ 557.036.4,
558.016 and 558.019 RSMo Cum.Supp.1991 to
a term of fifteen years imprisonment.

No jurisprudential purpose would be
served by a written opinion. However, the
parties have been furnished with a memoran-
dum opinion for their information only, set-

ting forth the facts and reasons for this order.

The judgments of the trial court and motion court are affirmed in accordance with Rules 30.25(b) and 84.16(b).